IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GLOBAL LICENSING, INC.,
a Michigan Corporation,

    Plaintiff,

v.

CLUB DEJA VU INC., a Massachusetts
Corporation and Kelvin Ortiz an individual

    Defendants.

Case No.: 1:17-CV-12282-DJC

## DEFAULT JUDGMENT

**CASPER, J.**                           Date: May 8, 2018

Defendant Kelvin Ortiz, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits demonstrating that Defendant Kelvin Ortiz owes Plaintiff the sum of $206,331.25 and that Defendant is not an infant or incompetent person or in the military service of the United States.

It is hereby ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff recover from Defendant Kelvin Ortiz statutory damages in the amount of $200,000.00 and attorneys' fees in the amount of $6,331.25, for a total judgment of $206,331.25 with interest as provided by law.

2. Defendant, its agents, servants, employees and attorneys, and any other persons in active concert or participation with him, and any entity owned or controlled in whole or in part by Defendant are permanently enjoined from:

    i. Using, selling, offering for sale, holding for sale, advertising or promoting

1

any goods or services under or in connection with any trade name, trademark, service mark or Internet domain that is comprised in whole or in part of the term CLUB DEJA VU, or any term phonetically or otherwise substantially or confusingly similar to Plaintiff's DEJA VU Family of Marks;

ii. Engaging in any other activity constituting unfair competition with Plaintiff or constituting an infringement of any of Plaintiff's trademarks;

iii. Diluting or tarnishing any of Plaintiff's trademarks;

iv. Doing any act or thing that is likely to induce the belief that Defendant's goods, services or activities are in some way connected with Plaintiff's licensees, or that is likely to injure or damage Plaintiff's name, marks or business; or

v. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iv) above.

By the Court,

_____
Deputy Clerk

Note: The post-judgment interest rate effective this date is 2.24 %.